Exhibit - 00001

# IDOC Offender Concern Form

**Offender Name:** Dan[ny]

**IDOC Number:** [illegible]

**Date:** 5-19-2018

**Institution, Housing Unit, & Cell:** ISCC G-3, 16-B

**To:** Deputy Warden McKay
(Address to appropriate staff. Person most directly responsible for this issue or concern)

**Issue/Concern:** I believe the officers that work here at ISCC need to be retrained concerning PREA. Have they done in fact told me if an inmate and I and I don't even know then a staff walk in on us the/and they don't even know people's name they are subject to writing an inmate then an act against please so they treat people that are different with don't have respect

(Description of the issue must be written only on the lines provided above.)

**Offender signature:** Danny [signature]

---

**Staff Section**

**Staff signature:** B— [signature]    **Associate ID #:** B574

(Staff member acknowledging receipt)

**Reply:** Please see attached memo. Also please follow sop with concern forms.

**Responding staff signature:** DW McKay    **Associate ID #:** 7520    **Date:** 5/22/18

Distribution: Pink part returned to offender after receiving staff's signature. Original (white) and yellow forwarded to appropriate responding staff. Appropriate responding staff will complete reply field and return yellow part to offender.

IDOC-ICF-3/07



# IDAHO DEPARTMENT OF CORRECTION

*Protect the public, our staff and those within our custody and supervision*

C. L. "BUTCH" OTTER
Governor

HENRY ATENCIO
Director

# MEMO

TO: Dana 34049

From: DW McKay

Date: 5-22-18

Subject: Standards of Appearance

---

The former wording from SOP 325.02.01.001 is still enforced by Prisons Division, in harmony with PREA and to promote a safe environment. Below are the standards by which all offenders are expected to follow. More communication to the offender population will be forthcoming.

*To foster an environment safe from sexual misconduct, offenders are prohibited from dressing or displaying the appearance of the opposite gender. Specifically, male offenders displaying feminine or effeminate appearance and female offenders displaying masculine appearance to include, but not limited to, the following:*

- *Hairstyles*
- *Shaping eyebrows*
- *Face makeup*
- *Undergarments*
- *Jewelry*
- *Non-gender typical clothing*

Staff will use SOP 320.02.01.001, Property: State-issued and Offender Personal Property, for guidance.

If there is any discrepancy or question in this matter, the facility head at each institution is the determining authority. Facility heads will implement the provisions of this section in accordance with SOP 401.06.03.501, Gender Identity Disorder: Healthcare for Offenders with, and (where relevant) in accordance with an offender's treatment plan.

Exhibit- 00003 pg 1 of 2

# MENTAL HEALTH SERVICES

## MENTAL HEALTH INDIVIDUALIZED TREATMENT PLAN

| Facility: Idaho State Correctional Institution [ISCI] | Patient Name: DANA, LARRY G. | Patient #: 34049 | DOB: 11/06/1972 |
|---|---|---|---|
| Admin Date: 06/14/2017 | Current LOC: | Plan Date/Time: 06/14/2017 / 12:35:29 | |
| Treatment plan based on assessment dated: 06/14/2017 | | | |

Strengths: ☑ Insight  ☑ Cooperation  ☑ Motivation  ☑ Education  ☐ Family/Peer Support  ☐ Other:

| Problem List | Corresponding Goals & Objectives | Target Date | Interventions & Frequency | |
|---|---|---|---|---|
| Mr. Dana reports he is experiencing mood highs and lows associated with lifetime trauma. He reports his moods are so severe they impact his ability to function in social situations and impair his activities of daily living. | Increase understanding of feelings and emotions. Address issues underlying the emotional feelings. Correct negative thoughts and self talk that leads to depression and negative feelings. | | Participate actively in group therapy 2x per week for a minimum of 12 weeks with 100% attendance. Keep appointment with psychiatry, discuss symptoms openly and honestly. Follow treatment goals. | |

Problem 1 Goal Met?  ☐ Yes ☐ No

Comments:
Report any changes to mental health clinician.
Reach out to staff for help if feeling suicidal.

Dana reports feeling stable in restrictive housing without medications and now that he is not using substances (clean for 2 months). 12/12/2017

| Dana reports maintaining mental health stability using coping skills and protective factors | Dana will maintain mental health stability for the next 6 months | 06/12/2017 ✓ | Dana will utilize current coping skills to manage his irritations and stress, including drawing, listening to music, writing, identifying his strengths, recognizing his resilience, talking to people, walking/pacing, using empathy, and processing his situations/emotions. Dana will continue to identify positive aspects of his life and situation Dana will be seen by a clinician every 2 months for continued support and to report on his level of stability Dana will access additional MH services via HSRs as needed | |

Problem 2 Goal Met?  ☐ Yes ☐ No

Comments:

Was the individual referred for:  ☐ Group Therapy  ☐ Individual Therapy

Follow Up:
Type of Review: 180 Day

Discharge/Aftercare Plan:

| INTERVENTIONS KEY | PROVIDER |
|---|---|
| MM-Medication Management | Psychiatry |
| ME-Medication Education | Nursing |
| IT-Individual Therapy | MH Clinician |
| GT-Group Therapy | Psych Tech |

Exhibit-00003 pg 2 of 2

| PROGRESS KEY | | AP-Activities Program | Psychologist |
|---|---|---|---|
| A. Goal met, problem resolved | D. Little progress, needs more effort | MC-Medical Care | Medical Staff |
| B. Appreciable progress made, continue | E. No progress or effort; reformulate goal | AA/NA-AA/NA Meetings | As Assigned |
| C. Some progress made, w/ acceptable effort | | | |

**Patient Signature:**

*[signature]*

Date: 06/14/2017

**Practitioner Signature:**
E. Adkisson ADKEL01

Date: 06/14/2017

**Patient Signature:**

*Dana*

Date: 12/12/2017

**Reviewer Signature:**
K. Stewart STEKR01

Date: 12/12/2017

*This tool may be used as an adjunct in your evaluation process. It does not replace the progress note.*

# IDAHO DEPARTMENT OF CORRECTION

## Disciplinary Offense Report

| Offender Name:<br>DANA, LARRY GRANT  JR | Offender Number:<br>34049 | DOR #:<br>183234 |
|---|---|---|
| Offense Facility:<br>ICC | Report Date:<br>05/28/2018 | Reporting Staff:<br>WALTON, BRIAN  #B372 |
| Offense:<br>DISOBEDIENCE TO ORDERS 3 | Class:<br>CLASS C | Enhancement:<br>NONE |
| Date/Time of Offense:<br>05/28/2018 11:55 | Place of Offense:<br>G BLOCK | |

**Description of Offense:**
On 5/28/18 at approximately 11:55 hours I spoke with Offender Dana (#34049) in the G Block classroom with Corporal Foley (1065). I had spoken with Offender Dana earlier in the day about using a pen to draw in simulated eyeliner for cosmetic purposes on his face and Offender Dana claimed that I was harassing him. When I asked Offender Dana why he felt like I was harassing him, Offender Dana stated he would not talk to me and continued to claim I was harassing him. I advised Offender Dana that I was only discussing a rule violation with him regarding the use of cosmetic makeup and that he had other documented occurrences of this same rule violation. Offender Dana continued to make statements that I was harassing him because of his transgender identification. On his way back to the tier Offender Dana stated, "Now I have no choice but to call PREA on you," in regards to my attempt to address this rule violation. Offender Dana has previous documented warnings regarding this same behavior from other officers on 5/5/18 and 5/13/18.

**Description of Evidence:**

| Reviewing Supervisor:<br>HUST, KLINTON R  #5161 | Date/Time Reviewed:<br>05/28/2018 14:35 |
|---|---|
| Delivering Staff:<br>NEWCOMB, JOSHUA  #B488 | Date/Time Delivered:<br>05/28/2018 19:19 |
| Staff Hearing Assistant:<br>FOLEY, JONATHAN #1065 | Assistance:<br>Requested: |
| Witness statements were received for this hearing: | Yes [  ]  No [ X ] |

| Scheduled Hearing Date:<br>05/31/2018 | Final Hearing Date:<br>06/11/2018 | Disciplinary Hearing Officer:<br>PRYOR, AARON  #9107 |
|---|---|---|
| Offense:<br>DISOBEDIENCE TO ORDERS 3 | Offender Plea: | Finding:<br>CONFIRM |

| Sanctions:<br>RECREATION RESTRICTION | Amount:<br>7 day(s) | End Date:<br>06/18/2018 |
|---|---|---|
| Interventions:<br>NO RECORDS FOUND | End/Due Date: | |
| Administrative Review Authority:<br>MCKAY, TIMOTHY REED  #7520 | Review Date:<br>06/11/2018 | Review Finding:<br>AFFIRM |

| Appellate Authority:<br>CHRISTENSEN, JAY R #4569 | Appeal Date:<br>06/18/2018 | Finding Date:<br>06/21/2018 | Appellate Finding:<br>AFFIRM |
|---|---|---|---|
| Offender Appeal Details:<br><br>I am appealing caude the write up DOR was done in retaliation for me calling PRE on officers that work G block and for being transgender girl plus officers get away with all their wrong doing to me even after I constantly harassed by them also it is not in fact a rule violation. Im not gona get down on all fours and bark like a dog if a officers tells me too just like Im not gona stop being a girl, so stop telling me who I can and cant be, it is against the law to punish me for being a transgender woman and Identifing as one, the wriite up was revengfull and discriminatior against me as a person. ||||
| Appellate Comments:<br><br>I find that it is a rule violation requiring enforcement. ||||

Exhibit - 00004 pg 2 of 2

Date: 06/25/2018 08:40          Created By: emmorris                                   Page  2  of   2

CIS/Facilities/Main/Discipline/Disciplinary Offense Report