Seth D. Levy, ID SBN 10703
slevy@nixonpeabody.com
NIXON PEABODY LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA  90071-3151
Telephone: (213) 629-6000
Facsimile:  (213) 629-6009

Fredric C. Nelson, CA SBN 48402 (*pro hac vice* pending)
fnelson@nixonpeabody.com
Matthew A. Richards, CA SBN 233166 (*pro hac vice* pending)
mrichards@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA  94111-3600
Telephone: (415) 984-8200
Facsimile:  (415) 984-8300

*Attorneys for Plaintiff Larry Dana*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LARRY DANA,<br><br>                      Plaintiff,<br><br>vs.<br><br>HENRY ATENCIO, KEITH YORDY, D.W. McKAY, E. ADKISSON, W. CAMPBELL, CPL. WALTON, CORIZON CORRECTIONAL HEALTHCARE, S. PIERSON, G. ROBERTS, R. SIEGERT, D.W. VALLEY, J. SCHNEIDER, C/O EVANCHO, AND CLINICIAN NICODEMUS,<br><br>                      Defendants. | Case No. 1:18-cv-00298-CWD<br><br>**NOTICE OF ENTRY OF APPEARANCE OF SETH D. LEVY, FREDRIC C. NELSON AND MATTHEW A. RICHARDS FOR PLAINTIFF LARRY DANA** |

4837-3871-2456.1

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel of record for Plaintiff Larry Dana, an individual, in the above-captioned action:

>Seth D. Levy, ID SBN 10703
>slevy@nixonpeabody.com
>NIXON PEABODY LLP
>300 South Grand Avenue, Suite 4100
>Los Angeles, CA  90071-3151
>Tel: (213) 629-6000; Fax:  (213) 629-6009
>
>Fredric C. Nelson, CA SBN 48402 (*pro hac vice pending*)
>fnelson@nixonpeabody.com
>Matthew A. Richards, CA SBN 233166 (*pro hac vice pending*)
>mrichards@nixonpeabody.com
>NIXON PEABODY LLP
>One Embarcadero Center, 32nd Floor
>San Francisco, CA  94111
>Tel: (415) 984-8200; Fax:  (415) 984-8300

PLEASE TAKE FURTHER NOTICE that the *pro hac vice* applications of Fredric C. Nelson and Matthew A. Richards, attorneys duly licensed to practice law before the courts of the State of California, are filed concurrently herewith.

Respectfully submitted,

Dated: February 26, 2019                              NIXON PEABODY LLP


By:   /s/ Seth D. Levy
      Seth D. Levy
      Fredric C. Nelson
      Matthew A. Richards
Attorneys for Plaintiff Larry Dana

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of February, 2019, a true and correct copy of the foregoing document was served on the following via CM/ECF:

Brady J. Hall
brady@melawfirm.net
Special Deputy Attorney General
Marisa S. Crecelius
marisa@melawfirm.net
MOORE ELIA KRAFT & HALL, LLP
P.O. Box 6756
Boise, ID  83707
*Counsel for Defendants Henry Atencio and E. Adkisson*

                                                */s/ Seth D. Levy*
                                                Seth D. Levy