IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| KAY LYNN DANA, <br><br>                Plaintiff, <br><br>vs. <br><br>IDAHO DEPARTMENT OF CORRECTION; JOSH TEWALT, in his official capacity; BREE DERRICK, in her official capacity; AL RAMIREZ, in his official capacity; RANDY VALLEY, in his official capacity; JAY CHRISTENSEN, in his official capacity; DAVE DIETZ, in his official capacity, TIM McKAY in his official capacity; WALTER CAMPBELL, PhD; RONA SIEGERT; ELIZABETH ADKISSON; KRINA STEWART; BREONNA KRAFFT; ADREA NICODEMUS; JANELL CLEMENT; SCOTT ELIASON, MD; MORGAN HAHN; LAURA WATSON; KAYLENE HARTT; STEVEN MENARD, MD; BRYAN GIMMESON; SHELLIE MUNOZ; JEREMY CLARK; JOSIE BOGGS; JANELLE MYERS; CHRIS BENNETT; NICK WISE; EMMA HARTT; IDA LE; AMBER MICKELSON; SAMUEL PIERSON; ROBERT GRANT; C/O EVANCHO; C/O WALTON; C/O SMYTH; C/O TAYLOR; and DOES 1-15; <br><br>                Defendants. | Case No. 1:18-cv-00298-DCN <br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
|---|---|

      Having considered the Stipulation for Dismissal With Prejudice filed concurrently

herewith by the parties to this action, and good cause showing therefore, THE COURT

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE - 1

HEREBY ORDERS AS FOLLOWS:

1. This action and all claims asserted therein against Defendant Chad Smyth and Defendant Brian Walton is dismissed with prejudice in its entirety.

2. Each party shall bear their own attorneys' fees and costs.

DATED: December 15, 2022

_____
David C. Nye
Chief U.S. District Court Judge