UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** IDAHO

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 1:18-cv-00298-DCN

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 07/06/2018

Date of judgment or order you are appealing: 12/15/2022

Docket entry number of judgment or order you are appealing: 114

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
◉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Kay Lynn Dana

Is this a cross-appeal?   ○ Yes   ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** *Matthew L. Richards*   **Date** January 13, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Kay Lynn Dana

Name(s) of counsel (if any):

Seth D. Levy, Matthew A. Richards, Tracy S. Ickes
Nixon Peabody LLP

Address: One Embarcadero Center, 32nd Floor, San Francisco, CA 94111

Telephone number(s): (415) 984-8200

Email(s): slevy@nixonpeabody.com; mrichards@nixonpeabody.com; tickes@nix

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Idaho Department of Corrections, Josh Tewalt, Bree Derrick, Al Ramierz, Randy Valley, Jay Christensen, Dave Dietz, Tim McKay, Morgan Hahn, Walter Campbell, Rona Siegert, Elizabeth Adkisson, CO Evancho

Name(s) of counsel (if any):

Craig D. Stacey
Moore Elia Kraft & Hall, LLP

Address: PO Box 6756, Boise ID 83707

Telephone number(s): (208) 336-6900

Email(s): craig@melawfirm.net

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                   *1*                                   *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Laura Watson, Krina Stewart, Janell Clement, Bryan Gimmeson, Jeremy Clark, Josie Boggs, Chris Bennett, Amber Mickelson, CO Taylor, Breonna Krafft

Name(s) of counsel (if any):

Craig D. Stacey
Moore Elia & Kraft, LLP

Address: P.O Box 6756, Boise ID 83707

Telephone number(s): (208) 336-6900

Email(s): craig@melawfirm.net

Name(s) of party/parties:

Corizon, Inc.

Name(s) of counsel (if any):

Dylan A. Eaton and Bryce Jensen
Parsons, Behle & Latimer

Address: 800 W. Main St., Ste. 1300, Boise ID 83702

Telephone number(s): 208-562-4900

Email(s): deaton@parsonsbehle.com, bjensen@parsonsbehle.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    2                              New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Adrea Nicodemus, Scott Eliason, MD, Kaylene Hartt, StevenMenard, MD, Ida Le

Name(s) of counsel (if any):
Dylan Alexander Eaton and Andrew R. Alder, Parsons Behle & Latimer

Address: 800 W. Main St., Suite 1300, Boise ID 83702

Telephone number(s): 208-562-4900

Email(s): deaton@parsonsbehle.com; aalder@parsonsbehle.com

Name(s) of party/parties:
Nick Wise, Grant Roberts, Emma Hartt, Samuel Pierson

Name(s) of counsel (if any):
Dylan Alexander Eaton and Andrew R. Alder, Parsons Behle & Latimer

Address: 800 W. Main St., Suite 1300, Boise ID 83702

Telephone number(s): 208-562-4900

Email(s): deaton@parsonsbehle.com; aalder@parsonsbehle.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*